cjf

CG/JW: USAO#2017R00842

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | : | CRIMINAL NO. _ELH-18-017_ |
|---|---|---|
| v. | : | |
| | : | |
| PATRICK SMITH, | : | Conspiracy to Distribute and |
| a/k/a "Pee" | : | Possess with Intent to Distribute |
| SHAWN JACKSON, | : | Heroin, 21 U.S.C. 846; |
| ALVIN CUNNINGHAM, | : | Possession of a Firearm by a |
| a/k/a "Ock" | : | Prohibited Person, |
| DAVID FAISON, | : | 18 U.S.C. 922(g)(1); Possession |
| ARKEM LORIE | : | with Intent to Distribute Heroin, |
| WAYNE MARTIN | : | 21 U.S.C. 841(a); Using, Carrying, |
| DANIEL RILEY, | : | and Brandishing a Firearm |
| SHAWN SMITH | : | During and in Relation to a Crime |
| JACOBY WALKER, | : | of Violence, 18 U.S.C. 924(c) |
| WILLIAM ROBINSON | : | |
| EMMANUEL CANNON | : | |
| DWIGHT CARTER | : | |
| JAMES GRAVES | : | |
| COTRICE JOHNSON | : | |
| ALBERT KEARNEY | : | |
| DAVID LOFTON | : | |
| CURTIS MORTEN | : | |
| REGINALD PARROTT | : | |
| a/k/a "Scooby" | : | |

## INDICTMENT

### COUNT ONE
(Conspiracy to Distribute and Possess with Intent to Distribute Heroin)

The Grand Jury for the District of Maryland charges that:

From in or about March 1, 2017 and continuing until on or about the January 1, 2018, in the District of Maryland and elsewhere, the defendants,

PATRICK SMITH,
a/k/a "Pee"
SHAWN JACKSON,

cjf

                **DAVID FAISON,**
                **JACOBY WALKER,**
                **DANIEL RILEY,**
                **ALVIN CUNNINGHAM,**
                a/k/a "Ock"
                **WAYNE MARTIN**
                **ARKEM LORIE**
                **SHAWN SMITH**
                **WILLIAM ROBINSON**
                **EMMANUEL CANNON**
                **ALBERT KEARNEY**
                **DWIGHT CARTER**
                **DAVID LOFTON**
                **JAMES GRAVES**
                **COTRICE JOHNSON**
                **CURTIS MORTEN**
                **REGINALD PARROTT**
                a/k/a "Scooby"

did knowingly and willfully combine, conspire, confederate and agree with each other and others known and unknown to the Grand Jury to distribute and possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 846

## COUNT TWO
### (Possession of Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about February 23, 2017, in the District of Maryland, the defendant,

**ALBERT KEARNEY,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, that is, a Smith and Wesson, 37-2, .38 SPL, revolver, bearing serial number BKR0204; and rounds of Federal, .38 Special, jacketed, hollow point, ammunition.

18 U.S.C. § 922(g)(1).

cjf

## COUNT THREE
### (Possession with Intent to Distribute Heroin)

The Grand Jury for the District of Maryland further charges that:

On or about February 23, 2017, in the District of Maryland, the defendant,

### ALBERT KEARNEY,

did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## **COUNT FOUR**
### (Using, Carrying, and Brandishing Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about February 23, 2017, in the District of Maryland, the defendant,

**ALBERT KEARNEY,**

knowingly used, carried, and brandished a firearm during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, possession with intent to distribute heroin in violation of Title 18, United States Code, Section 1951(a) as alleged in Count Three of this Indictment.

18 U.S.C. § 924(c)

18 U.S.C. § 2

cjf

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count Two of this Indictment, the defendant,

**ALBERT KEARNEY,**

shall forfeit to the United States the firearm involved in the commission of the offense a Smith and Wesson, 37-2, .38 SPL, revolver, bearing serial number BKR0204 and rounds of Federal, .38 Special, jacketed, hollow point, ammunition..

18 U.S.C. § 924(d)
Fed. R. Crim. P. 32.2(a)

_Stephen M. Schenning /cjf_
Stephen M. Schenning
Acting United States Attorney

A True Bill:

**SIGNATURE REDACTED**

_____
Foreperson

___1/11/18_____
Date